IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LARRY BRACEY,

    Plaintiff,

v.

RICK RAEMISCH, PETER HUIBREGTSE,
JAMES GRONDIN, C.O. HUNT,
THOMAS TAYLOR, C.O. MURRAY,
C.O. KOELLER and JOLINDA WATERMAN,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-287-bbc

---

This action came before the court and a jury with District Judge Barbara B. Crabb presiding. The issues have been tried and the jury has rendered its verdict.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing plaintiff's claims against Rick Raemisch and Peter Huibregste for failure to state a claim upon which relief may be granted and granting summary judgment in favor of defendants C.O. Koeller and Jolinda Waterman;

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendants James Grondin, C.O. Hunt, Thomas Taylor and C.O. Murray and this case is dismissed.

Approved as to form this _18th_ day of November, 2011.

_Barbara B. Crabb_
Barbara B. Crabb, District Judge

_Peter Oppeneer_      11/21/11
Peter Oppeneer, Clerk of Court      Date