IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LARRY BRACEY,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

Case No. 10-cv-287-bbc

RICK RAEMISCH, PETER HUIBREGTSE,
JAMES GRONDIN, C.O. HUNT,
THOMAS TAYLOR, C.O. MURRAY,
C.O. KOELLER and JOLINDA WATERMAN,

    Defendants.

---

    This action came before the court and a jury with District Judge Barbara B. Crabb presiding. The issues have been tried and the jury has rendered its verdict.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing plaintiff's claims against Rick Raemisch and Peter Huibregste for failure to state a claim upon which relief may be granted and granting summary judgment in favor of defendants C.O. Koeller and Jolinda Waterman;

    IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendants James Grondin, C.O. Hunt, Thomas Taylor and C.O. Murray and this case is dismissed.

Approved as to form this 18th day of November, 2011.

*Barbara B. Crabb*
Barbara B. Crabb, District Judge

*Peter Oppeneer*                    11/21/11
Peter Oppeneer, Clerk of Court            Date