IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LARRY BRACEY,

                                                                                                                 ORDER

            Plaintiff,

                                                                                                     10-cv-287-bbc

      v.

JAMES GRONDIN, C.O. HUNT,
THOMAS TAYLOR and C.O. MURRAY,

           Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff Larry Bracey is proceeding in forma pauperis on his appeal from the November 21, 2011 judgment in this case, which was entered following a jury trial. On March 30, 2012, plaintiff filed a transcript request form asking for preparation of the transcript of the November 9, 2011 pretrial hearing and the November 16 and 17, 2011 trial. I construe defendant's request as a motion for preparation of transcripts at government expense under 28 U.S.C. §753(f). Under this statute, a party proceeding in forma pauperis is entitled to a free transcript only after the party files an appeal and the court determines that the appeal "is not frivolous (but presents a substantial question)." In granting plaintiff leave to proceed in forma pauperis on his appeal, I have already concluded that the appeal

1

is not taken in bad faith, so I will grant his motion as it pertains to the transcripts.

ORDER

IT IS ORDERED that

1. Plaintiff Larry Bracey's request for preparation of transcripts at government's expense is GRANTED. A transcript of the November 9, 2011 pretrial hearing and the November 16 and 17, 2011 trial shall be prepared and furnished to plaintiff, with the fees to be paid by the United States, pursuant to 28 U.S.C. §753(f).

Entered this 4th day of May, 2012.

> BY THE COURT:
> /s/
> BARBARA B. CRABB
> District Judge